```
                                    FILED

                                    2004 JAN -7  P 4: 29

          UNITED STATES DISTRICT COURT US DISTRICT COURT
              DISTRICT OF CONNECTICUT BRIDGEPORT CT
```

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR.<br>　　　Plaintiff | : | CIVIL ACTION NO.<br>3:02CV747 (WWE) |
| VS. | : | |
| KEVIN SEARLES AND<br>R. LEON CHURCHILL, JR.<br>　　　Defendants | : | JANUARY 6, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Kevin Searles and R. Leon Churchill, Jr., in the above-entitled case.

```
                              DEFENDANTS,
                              KEVIN SEARLES AND
                              R. LEON CHURCHILL, JR.


                         BY: _____
                              James M. Sconzo
                              Fed. Bar No. ct04571
                              HALLORAN & SAGE LLP
                              One Goodwin Square
                              Hartford, CT  06103
                              Tele: (860) 522-6103
                              Their Attorney
```

---

One Goodwin Square　　　　　HALLORAN　　　　Phone (860) 522-6103
225 Asylum Street　　　　　　& SAGE LLP　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　　Juris No. 26105

## CERTIFICATION

This is to certify that on this 6th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin L. O'Neil-Baker, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

*[signature]*
James M. Sconzo

499958.1(HS-FP)

One Goodwin Square           HALLORAN           Phone (860) 522-6103
225 Asylum Street             & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                               Juris No. 26105