FILED

2004 JAN -7 P 12: 40

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL L. WININGER, JR.
    Plaintiff

VS.

KEVIN SEARLES;
R. LEON CHURCHILL, JR.;
    Defendants

: CIVIL ACTION NO.
: 3:02CV747 (WWE)
:
:
:
: JANUARY 6, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Kevin Searles and R. Leon Churchill, Jr., in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James M. Sconzo of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS:
KEVIN SEARLES AND
R. LEON CHURCHILL, JR.

BY: _____
Brian P. Leaming
Fed. Bar No. ct 16075
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

### CERTIFICATION

This is to certify that on this 6th day of January, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin I. O'Neil, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Chief of Police Kevin Searles (via certified mail)
Windsor Police Department
340 Bloomfield Avenue
Windsor, CT 06095

R. Leon Churchill, Jr., Town Manager (via certified mail)
Town of Windsor
275 Broad Street
P.O. Box 472
Windsor, CT 06095

_____
Brian P. Leaming

499976.1(HS-FP)

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105