Held 2/24/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 24, 2004

9:20 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

---

CASE NO. **3-02-cv-747**    Winniger v. Searles

---

Brian P. Leaming
Halloran & Sage
One Goodwin Sq., 225 Asylum St.    Withdrawn
Hartford, CT 06103


Erin I. O'Neil-Baker
Brewer & O'Neil
818 Farmington Ave.
West Hartford, CT 06119


James M. Sconzo
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103

Stay is lifted; parties to file 26f report.
May SC

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK