


FILED

2004 JAN -7 P 12: 40

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | |
| Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV747 (WWE) |
| VS. | : | |
| | : | |
| KEVIN SEARLES; | : | |
| R. LEON CHURCHILL, JR.; | : | |
| Defendants | : | JANUARY 6, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigned respectfully moves to withdraw his appearance on behalf of the defendants, Kevin Searles and R. Leon Churchill, Jr., in the above-captioned matter, as the undersigned will no longer be engaged in the practice of law with this firm after January 7, 2004. The defendants will be represented by James M. Sconzo of Halloran & Sage LLP, who is filing an appearance contemporaneous with this motion.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

Motion GRANTED

_____
Senior United States District Judge
2/23/04

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN & SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105