**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV747 (WWE) |
| VS. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | APRIL 19, 2004 |
|     Defendants | : | |

## **APPEARANCE**

Enter my appearance as Attorney for the defendants, Kevin Searles and R. Leon Churchill, Jr., in the above-entitled case.

```
                            DEFENDANTS,
                            KEVIN SEARLES AND
                            R. LEON CHURCHILL, JR.


                    BY: _____
                            Kevin R. Brady
                            Fed. Bar No. ct22135
                            HALLORAN & SAGE LLP
                            One Goodwin Square
                            Hartford, CT  06103
                            Tele: (860) 522-6103
                            Their Attorney
```

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

## **CERTIFICATION**

This is to certify that on this 19th day of April, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin L. O'Neil-Baker, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

_____
Kevin R. Brady

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105