UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAY -5 P 12: 14

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| RUSSELL L. WININGER, JR. | CIVIL ACTION NO |
| | 3:02CV747(WWE) |
| PLAINTIFF, | |
| vs. | |
| KEVIN SEARLES, CHIEF OF POLICE, in his official and individual capacity, and R. LEON CHURCHHILL, TOWN MANAGER in his official and individual capacity, | |
| DEFENDANTS. | |

## APPEARANCE

Please enter the appearance of ALYSSA S. VIGUE on behalf of the Plaintiff, in the above entitled matter.

THE PLAINTIFF,
RUSSEL WININGER

BY: *Alyssa Vigue*
Alyssa S. Vigue
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 25178
avigue@brewerandoneil.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on May 3, 2004 to all counsel and pro se parties of record:

James M. Sconzo
Halloran & Sage LLP
One Goodwin Square
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

*Alyssa S. Vigue*
Alyssa S. Vigue