*Held 5-6-04*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

May 6, 2004

8:30 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO. **3:02cv747 (WWE)**    **Winniger v. Searles**

Erin I. O'Neil-Baker
Brewer & O'Neil                    860-523-4055
818 Farmington Ave.
West Hartford, CT 06119


~~James M. Sconzo~~ *Kevin Brady*          860-297-4602
Halloran & Sage
One Goodwin Sq., 225 Asylum St.
Hartford, CT 06103


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK


Oct. SC.

26(f) to be filed 5/7/04