FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO |
| | : | 3:02CV747(WWE) |
| PLAINTIFF, | : | |
| | : | |
| vs. | : | |
| | : | |
| KEVIN SEARLES, CHIEF OF POLICE, | : | |
| in his official and individual capacity, and | : | |
| R. LEON CHURCHHILL, TOWN MANAGER | : | |
| in his official and individual capacity, | : | |
| | : | |
| DEFENDANTS. | : | May 14, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her

appearance on behalf of the plaintiff, in the above-captioned matter. The plaintiff continues to be

represented by Alyssa S. Vigue of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw

Appearance be granted.

THE PLAINTIFF,
RUSSEL WININGER

BY: _____

Erin O' Neil
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119
(860)523-4055
Federal Bar #ct 23073

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on May 14, 2004 to all counsel and pro se parties of record:

James M. Sconzo
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103

Erin O'Neil