FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 18 P 1:35

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO |
| | : | 3:02CV747(WWE) |
| PLAINTIFF, | : | |
| | : | |
| vs. | : | |
| | : | |
| KEVIN SEARLES, CHIEF OF POLICE, | : | |
| in his official and individual capacity, and | : | |
| R. LEON CHURCHHILL, TOWN MANAGER | : | |
| in his official and individual capacity, | : | |
| | : | |
| DEFENDANTS. | : | May 14, 2004 |

FILED 2004 MAY 20 P 2:23 U.S. DISTRICT COURT BRIDGEPORT, CONN

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter. The plaintiff continues to be represented by Alyssa S. Vigue of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge 5/20/04