FILED

2004 JUL -8  A 11: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL L. WININGER, JR.<br>Plaintiff | CIVIL ACTION NO.<br>3:02CV747 (WWE) |
| vs. | |
| KEVIN SEARLES AND<br>R. LEON CHURCHILL, JR.<br>Defendants | July 6, 2004 |

## APPEARANCE

Enter my appearance as Attorney for the defendants, Kevin Searles and R. Leon Churchill, Jr., in the above-entitled case.

DEFENDANTS,
KEVIN SEARLES AND
R. LEON CHURCHILL, JR.

BY: _____
Jonathan C. Sterling, Esq.
Fed. Bar No. ct24576
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Their Attorney

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

**HALLORAN**
**& SAGE LLP**

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

This is to certify that on this 6th day of July, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Alyssa S. Vigue
818 Farmington Avenue
West Hartford, CT 06119

_____
Jonathan C. Sterling

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105