FILED

2004 JUL 23 P 1: 38

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR., Plaintiff | : | CIVIL ACTION NO. 3:02 CV747 (WWE) |
| V. | : | |
| KEVIN SEARLES R. LEON CHURCHILL, JR Defendants. | : | JULY 20, 2004 |

### RULE 26(f) REPORT OF PARTIES' PLANNING MEETING

Date Complaint Filed: April 30, 2002

Date Complaint Served: April 30, 2002

Date of Defendants' Appearances: May 15, 2002

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 26(e), defense counsel conferred with counsel for the Plaintiff and circulated drafts of this report to [illegible] and file an agreed upon report as required by Rule 26(f).

The participants were:

Kevin R. Brady, counsel for the defendants and

Alyssa Vigue, counsel for the Plaintiff.

**Certification**

The undersigned counsel certify that, after consultation with their clients, they discussed the nature and basis of the parties' claims and defenses and any [possibili]ties for achieving a prompt settlement or other resolution of the case and, in

Report Approved.
Discovery cutoff date Dec. 31, 2004
Dispositive Motions due by Jan 31, 2005
SO ORDERED 7/27/2004
Warren W. Eginton, Sr. U.S.D.J.

1