## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO |
|     PLAINTIFFS | : | 3:02CV747(WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES, CHIEF OF POLICE, | : | |
| in his official and individual capacity, and | : | |
| R. LEON CHURCHHILL, TOWN MANAGER | : | |
| in his official and individual capacity, | : | |
|     DEFENDANTS. | : | August 12, 2004 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC. The plaintiff continues to be represented by James S. Brewer of Brewer & O'Neil, LLC.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

                          THE PLAINTIFF,
                          RUSSEL WININGER

BY: _____
    Alyssa S. Vigue
    Brewer & O'Neil, LLC
    818 Farmington Avenue
    West Hartford, CT 06119
    Federal Bar #ct 25178
    Tel.: (860)523-4055
    Fax: (860) 233-4215
    avigue@brewerandoneil.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on August 12, 2004, to all counsel and pro se parties of record:

James M. Sconzo
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103

                                                          _____
                                                          Alyssa S. Vigue