UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WINNIGER, JR., | : | CIVIL ACTION |
| Plaintiff, | | NO. 3:02 CV747 (WWE) |
| V. | : | |
| KEVIN SEARLES | : | |
| R. LEON CHURCHILL, JR | | |
| Defendants. | : | SEPTEMBER 20, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the defendant, Kevin Searles, hereby moves for an extension of time of two weeks, up to and including October 1, 2004, within which to respond or object to the plaintiff's Interrogatories and Requests for Production addressed to him. The defendant, R. Leon Churchill, hereby moves for an extension of time of two weeks, up to and including October 1, 2004, within which to respond or object to the plaintiff's Interrogatories and Requests for Production addressed to him. The plaintiffs' Interrogatories and Requests for Production seek numerous documents and responses. Despite diligent good faith efforts, the defendants require additional time to locate and produce the requested responses and documents. Moreover, Mr. Churchill currently resides out of state, making coordination with him more difficult.

The undersigned counsel has attempted to contacted plaintiff's attorney, Erin O'Neil, but could not ascertain her position with regard to this Motion. This is the first motion for extension of time with respect to this time limitation.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No 26105

WHEREFORE, the defendants respectfully request that the Court grant the foregoing motion for extension of time.

THE DEFENDANTS,
KEVIN SEARLES AND
R. LEON CHURCHILL, JR.

By _____
James M. Sconzo
Fed. Bar #ct04571 and
Jonathan C. Sterling
Fed. Bar #ct24576 of
HALLORAN & SAGE LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103
Their Attorneys

## CERTIFICATION

This is to certify that on this 20th of September, 2004, I sent a copy of the foregoing via Regular Mail to:

Erin O'Neil
Brewer and O'Neil
818 Farmington Ave.
W. Hartford, CT 06119

_____
Jonathan C. Sterling

594357_1 DOC

- 2 -