**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO |
|     PLAINTIFFS | : | 3:02CV747(WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES, CHIEF OF POLICE, | : | |
| in his official and individual capacity, and | : | |
| R. LEON CHURCHHILL, TOWN MANAGER | : | |
| in his official and individual capacity, | : | |
|     DEFENDANTS. | : | September 21, 2004 |

**<u>APPEARANCE</u>**

    Please enter the appearance of Erin O'Neil on behalf of the Plaintiff, in the above entitled matter.

                                                        PLAINTIFF,
                                                        RUSSELL L. WININGER, JR.,

                                                        BY: _____

                                                        Erin O'Neil
                                                        Brewer & O'Neil, LLC
                                                        818 Farmington Avenue
                                                        West Hartford, CT 06119
                                                         Federal Bar #ct 23073
                                                        Tel.:   (860)523-4055
                                                        Fax:    (860) 233-4215
                                                       Email: erinoneilbaker@hotmail.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was mailed, postage prepaid, on September 21, 2004, to all counsel and pro se parties of record:

James M. Sconzo
Jonathan C. Sterling
Kevin R. Brady
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103

Clerk
United States District Court
915 Lafayette Blvd
Bridgeport, CT 06604

                                                              _____
                                                                      Erin O'Neil