## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV747 (WWE) |
| VS. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | October 8, 2004 |
|     Defendants | : | |

## MOTION FOR ENLARGEMENT OF TIME
## NUNC PRO TUNC

    The Defendants hereby request this Court to enlarge the time for answering the Plaintiff's complaint, *nunc pro tunc*, up to and including **October 11, 2004**. The Defendant's Answer is filed herewith.

    Due to the confusing procedural history of this case, and the withdrawal of previous counsel, the undersigned believed that the Plaintiff's Complaint had already been answered by the Defendants.

    This is the Defendants' first motion to extend this deadline.

    The undersigned has contacted Plaintiff's counsel, Erin O'Neil, and she had no objection to this Motion.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANTS,
KEVIN SEARLES AND
R. LEON CHURCHILL, JR.


BY: _____
James M. Sconzo
Fed. Bar #ct04571 and
Jonathan C. Sterling, Esq.
Fed. Bar No. ct24576
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT  06103
Tele: (860) 522-6103
Their Attorney


## **CERTIFICATION**

This is to certify that on this 8th day of October, 2004, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119


_____
Jonathan C. Sterling

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105