## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 3:02CV747 (WWE) |
| VS. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | January 12, 2005 |
|     Defendants | : | |

## MOTION FOR EXTENTION OF TIME

Pursuant to D. Conn. L. Civ. R. 7(b), the defendants in the above-captioned matter respectfully request an extension of time of thirty (30) days, up to and until **March 2, 2005**, within which to file their Motion for Summary Judgment. The undersigned requests this extension because he has several dispositive motions due on or about February 1, 2005, as well as multiple filings with the Commission on Human Rights and Opportunities and is unable devote the required time to this lengthy and complicated motion.

This is the Defendants' first motion to extend this deadline.

The undersigned has attempted to contact Plaintiff's counsel, Erin O'Neil, but could not ascertain her position as to this motion by the time of filing.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

        DEFENDANTS,
        KEVIN SEARLES AND
        R. LEON CHURCHILL, JR.


        BY: _____
        James M. Sconzo
        Fed. Bar #ct04571 and
        Jonathan C. Sterling, Esq.
        Fed. Bar No. ct24576
        HALLORAN & SAGE LLP
        One Goodwin Square
        Hartford, CT 06103
        Tele: (860) 522-6103
        Their Attorney


**CERTIFICATION**

    This is to certify that on this 12th day of January, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin O'Neil, Esq.
Brewer & O'Neil
818 Farmington Avenue
West Hartford, CT 06119


_____
Jonathan C. Sterling

637070_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105