# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV747 (WWE) |
| | : | |
| VS. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | FEBRUARY 28, 2005 |
| Defendants | : | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the undersigned defendants, Kevin Searles and R. Leon Churchill, respectfully move this Court for the entry of summary judgment in their favor as to all claims in the plaintiff's Complaint. In support of this motion, the defendants submit the attached Memorandum of Law.

```
                    DEFENDANTS,
                    KEVIN SEARLES AND
                    R. LEON CHURCHILL, JR.


            BY: _____
                    James M. Sconzo
                    Fed. Bar No. ct04571 and
                    Jonathan C. Sterling, Esq.
                    Fed. Bar No. ct24576
                    HALLORAN & SAGE LLP
                    One Goodwin Square
                    Hartford, CT  06103
                    Tele: (860) 522-6103
                    Their Attorneys
```

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN & SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

HALLORAN
& SAGE LLP

**CERTIFICATION**

This is to certify that on this 25th day of February, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin I. O'Neil-Baker, Esq.
41A New London Turnpike
Glastonbury, CT  06033

Erin I. O'Neil- Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford CT 06119

_____
Jonathan C. Sterling

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105