# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV747 (WWE) |
| | : | |
| VS. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
| Defendants | : | FEBRUARY 28, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that the undersigned Defendant has manually filed the following documents:

**Exhibits A through R of the defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment dated February 28, 2005**

This document has not been filed electronically because:-

[ ] the document or thing cannot be converted to an electronic format

[X] the electronic file size of the document exceeds 1.5 megabytes

[ ] the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) for Local Rule of Criminal Procedure 57(b)

[ ] Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

One Goodwin Square　　　　HALLORAN　　　　Phone (860) 522-6103
225 Asylum Street　　　　& SAGE LLP　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　Juris No. 26105

                                                              DEFENDANTS,
                                                              KEVIN SEARLES AND
                                                              R. LEON CHURCHILL, JR.


                                      BY: _____
                                                              James M. Sconzo
                                                              Fed. Bar No. ct04571 and
                                                              Jonathan C. Sterling, Esq.
                                                              Fed. Bar No. ct24576
                                                              HALLORAN & SAGE LLP
                                                              One Goodwin Square
                                                              Hartford, CT  06103
                                                              Tele: (860) 522-6103
                                                              Their Attorneys


## **CERTIFICATION**

       This is to certify that on this 28th day of February, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin I. O'Neil-Baker, Esq.
41A New London Turnpike
Glastonbury, CT  06033

Erin I. O'Neil- Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford CT 06119


                                                              _____
                                                              Jonathan C. Sterling

657136_1.DOC

One Goodwin Square          HALLORAN          Phone (860) 522-6103
225 Asylum Street           & SAGE LLP         Fax (860) 548-0006
Hartford, CT 06103                             Juris No. 26105