### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR., | : | CIVIL ACTION |
| Plaintiff | | NO. 3:02 CV747 (WWE) |
| V. | : | |
| KEVIN SEARLES | : | |
| R. LEON CHURCHILL, JR | | |
| Defendants. | : | MARCH 18, 2005 |

### MOTION FOR EXTENSION OF TIME TO RESPOND
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 9(b) of the Local Rules of Civil Procedure, the plaintiff, hereby respectfully moves for an extension of time to oppose the defendants' Motion for Summary Judgment. The opposition is currently due on March 21, 2005. The plaintiff requests an extension for the following reasons: On January 19, 2005, Superior Court Judge Robert Holzberg contacted the court regarding the dissolution of James Brewer's law firm arising out of his suspension form the Bar of the State of Connecticut. Judge Holzberg requested that the Court consider imposing a 60-90 day staty of of each case in which either Mr. Brewer or the undersigned had an appearance to provide time for the trustee of Brewer's firm to identify lawyers who could litigate the cases to conclusion. The undersigned has an appearance in the present case. The undersigned was under the assumption that an attorney would be found to file an appearance in

1

this case in lieu of the undersigned's appearance.  At the date of this motion, an substitute attorney has not appeared.  The undersigned did not intend on continuing representation of the plaintiff in this case and does not have access to the file as it is located with the court appointed Trustee, Diane Polan.  The plaintiff requests an extension of time due to the circumstances surrounding the issue of who is representing the plaintiff.     In the alternative, if the court finds that the undersigned is responsible for representing the plaintiff, the undersigned requests and extension of time to oppose the defendants' motion as the undersigned does not have access to the file at this time.  Additionally, the undersigned completed a trial in front of Judge Hall on Wednesday, March 16, 2005, for which preparation consumed the majority of the last two months and the undersigned was not able to prepare a timely response to the defendants' Motion for Summary Judgment.

    Therefore, the plaintiff requests an extension of time of 90 ninety days to respond the defendants' Motion for Summary Judgment to properly resolve the issue of counsel in this matter and to properly prepare an opposition to the defendants' Motion for Summary Judgment. This is the plaintiff's first request for an extension of time.  The undersigned attempted to obtain opposing counsel's position as to this motion and was unable to at the time of filing this motion.

        THE PLAINTIFF

        BY: _____
        Erin I. O'Neil-Baker
        41-A New London Turnpike
        Glastonbury, CT 06033
        Telephone (860) 466-4278
        Facsimile (860) 466-4279
        email: erinoneilbaker@yahoo.com

## **CERTIFICATION**

    This is to certify that a copy of the foregoing was mailed, postage prepaid, on March 18, 2005, to all counsel and pro se parties of record:

Jonathan C. Sterling
Kevin R. Brady
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103

        _____
        Erin I. O'Neil-Baker

3