### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO. |
| Plaintiff | : | 3:02CV747 (WWE) |
| | : | |
| VS. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | MARCH 24, 2005 |
| Defendants | : | |

### DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

The Defendants, Kevin Searles and R. Leon Churchill, Jr., respectfully object to the Plaintiff's Motion for Extension of Time to Respond to Motion for Summary Judgment. The Plaintiff has requested an extension of time of ninety (90) days from March 18, 2005 within which to respond to the Defendant's Motion for Summary Judgment. That Motion for Summary Judgment was filed with the Court on February 28, 2005. The reasons cited for the proposed extension of time include the Plaintiff's attorney's former law firm's dissolution and failure to reassign this file. The Plaintiff also states that Superior Court Judge Robert Holtzberg contacted this Court on January 19, 2005 requesting a sixty (60) to ninety (90) day stay of the case.

The extension sought by the Plaintiff to respond the Defendant's Motion for Summary Judgment in this case will result in an undue delay of the case. Even the ninety (90) stay requested by Judge Holtzberg would have made an Opposition to

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Motion for Summary Judgment due in late April 2005. However, the Plaintiff is seeking an extension that would make her opposition brief due in June 2005. This requested extension would delay resolution of this matter significantly. Further, there is simply no reason why an additional three (3) months is needed to assign a lawyer to the case and complete the Plaintiff's Opposition to the Motion for Summary Judgment.

The Defendant's are agreeable to allowing the Plaintiff some additional time to oppose the Motion for Summary Judgment, up to and including April 21, 2005. This date should allow the Plaintiff an ample opportunity to oppose the motion.

WHEREFORE, the Defendants respectfully request that the Plaintiff's Motion for Extension of Time be denied.

>
> DEFENDANTS,
> KEVIN SEARLES AND
> R. LEON CHURCHILL, JR.
>
>
> BY: _____
> James M. Sconzo
> Fed. Bar No. ct04571 and
> Jonathan C. Sterling, Esq.
> Fed. Bar No. ct24576
> HALLORAN & SAGE LLP
> One Goodwin Square
> Hartford, CT  06103
> Tele: (860) 522-6103
> Their Attorneys

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## **CERTIFICATION**

     This is to certify that on this 24th day of March, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin I. O'Neil-Baker, Esq.
41A New London Turnpike
Glastonbury, CT  06033

Diane Polan, Esq.
Law Offices of Diane Polan, LLC
129 Church Street, #802
New Haven, CT  06510-2005

                                                                       _____
                                                                        Jonathan C. Sterling

667608_1.DOC

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105