UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIVIL ACTION NO |
| PLAINTIFFS | : | 3:02CV747(WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES, CHIEF OF POLICE, | : | |
| in his official and individual capacity, and | : | |
| R. LEON CHURCHHILL, TOWN MANAGER | : | |
| in his official and individual capacity, | : | |
| DEFENDANTS. | : | April 29, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff, in the above-captioned matter due to severing her employment relationship with Brewer & O'Neil. LLC. The plaintiff's case is under the supervision of trustee Diane Polan.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

THE PLAINTIFF,
RUSSEL WININGER

BY: _____
Erin I. O'Neil-Baker
41A New London Tpke
Glastonbury, CT 06033
Federal Bar # ct 23073
Tel.: (860)466-4278
Fax: (860) 466-4279
erinoneilbaker@yahoo.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on April 29, 2005, to all counsel and pro se parties of record:

James M. Sconzo
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103

_____
Erin I. O'Neil-Baker