```
                                              FILED

                                              2005 MAY 11  P 1: 17

                                              U.S. DISTRICT COURT
                                                BRIDGEPORT, CONN
```



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RUSSELL L. WININGER, JR.<br>Plaintiff | : <br> : CIVIL ACTION NO.<br> : 3:02CV747 (WWE) |
| VS. | : |
| KEVIN SEARLES AND<br>R. LEON CHURCHILL, JR.<br>Defendants | : <br> : MAY 10, 2005<br> : |

### OBJECTION TO PLAINTIFF'S MOTION TO WITHDRAW APPEARANCE

The defendants, Kevin Searles and R. Leon Churchill, Jr., hereby object to the plaintiff's Motion to Withdraw Appearance filed by Attorney Erin O'Neil-Baker. Attorney O'Neil-Baker states in her motion that Attorney Diane Polan is "supervising" the plaintiff's case. However, to date, no appearance has been filed by Attorney Polan and Attorney O'Neil-Baker remains the only attorney of record in the case. Attorney O'Neil-Baker cites no other good cause in her motion for withdrawing, as required by L. Civ. R. § 17(e).

WHEREFORE, for the foregoing reasons, the defendants hereby request that the plaintiff's Motion to Withdraw Appearance be denied.

---

One Goodwin Square　　　　　　　　HALLORAN　　　　　　　　Phone (860) 522-6103
225 Asylum Street　　　　　　　　　& SAGE LLP　　　　　　　　Fax (860) 548-0006
Hartford, CT 06103　　　　　　　　　　　　　　　　　　　　　　Juris No. 26105

DEFENDANTS,
KEVIN SEARLES AND
R. LEON CHURCHILL, JR.

BY: _____
Jonathan C. Sterling, Esq.
Fed. Bar No. ct24576
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103
Their Attorney

## CERTIFICATION

This is to certify that on this 10th day of May, 2005, the foregoing was either mailed, postpaid, or hand-delivered to:

Erin O'Neil, Esq.
41A New London Turnpike
Glastonbury, CT 06033

_____
Jonathan C. Sterling

686324_1.DOC

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105