UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL L. WININGER, JR** | : | **CIV. ACTION NO.** |
| **PLAINTIFF** | : | **3:02 CV 747 (WWE)** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN SEARLES AND** | : | |
| **R. LEON CHURCHILL, JR.** | : | |
| **DEFENDANTS** | : | **JUNE 27, 2005** |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Craig T. Dickinson, is appearing as counsel of record in the above-captioned action on behalf of the Plaintiff Russell L. Wininger, Jr. This appearance is in addition to all appearances currently on file.

                        Respectfully submitted,

By:_____
Craig T. Dickinson
Fed. Bar No.: (CT18053)
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106
(860) 246-2466 – Telephone
(860) 246-1794 – Facsimile
Attorneys for the Plaintiff

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

CERTIFICATE OF SERVICE

  The undersigned certifies that on this 27th day of June 2005, a copy of the foregoing was sent via mail delivery to the following counsel of record:

    Jonathan C. Sterling
    Halloran & Sage, LLP
    One Goodwin Square
    225 Asylum Street
    Hartford, CT  06103

                _____
                Craig T. Dickinson

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com