UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR., | : | CIV. ACTION NO. |
| PLAINTIFF | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
| DEFENDANTS | : | JUNE 27, 2005 |

MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Russell L. Wininger, Jr., respectfully requests a thirty (30) day extension of time– to and including July 20, 2005 --in which to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.   In support of this motion, Plaintiff states the following:

1. Plaintiff's Opposition and Local Rule 9(c)2 Statement are currently due.

2. Plaintiff was represented by Attorney James Brewer from the time this action was commenced until Attorney Brewer's professional discipline rendered him incapable of continuing that representation.

3. In the wake of Attorney Brewer's disciplinary difficulties, this firm was approached to consider representing some of Attorney Brewer's clients. We agreed to represent Mr. Wininger.  An appearance for Attorney Craig Dickinson is being filed along with this motion.

**ORAL ARGUMENT IS NOT REQUESTED**

**TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

4. Attorney Dickinson is responsible for preparing Plaintiff's opposition papers. Attorney's Brewer's office did not provide their complete file for this action to Madsen, Prestley and Parenteau, LLC until June 21, 2005. Under the circumstances, Attorney Dickinson requires additional time to meet with Plaintiff, familiarize himself with the file and to fully address the issues raised in Defendants' lengthy and complex motion.

5. This is the First Motion for Extension of Time filed by Madsen, Prestley and Parenteau, LLC on behalf of the Plaintiff in connection with this matter.

6. Counsel for Defendants, James Sconzo, has stated that he does not object to the granting of this motion.

WHEREFORE, Plaintiff respectfully requests a thirty (30) day extension of time—to and including July 20, 2005--in which to file his Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.

Respectfully submitted,
The Plaintiff, Russell L. Wininger, Jr.


By: _____
Craig T. Dickinson
Fed. Bar No.: ct18053
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466
Attorneys for the Plaintiff

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the foregoing was sent via first class mail on this 27th day of June 2005, to the following counsel of record:

      Jonathan C. Sterling
      James Sconzo
      Halloran & Sage, LLP
      One Goodwin Square
      225 Asylum Street
      Hartford, CT  06103

_____
Craig T. Dickinson

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com