## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL L. WININGER, JR.,** | : | **CIV. ACTION NO.** |
| **PLAINTIFF** | : | **3:02 CV 747 (WWE)** |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN SEARLES AND** | : | |
| **R. LEON CHURCHILL, JR.** | : | |
| **DEFENDANTS** | : | **JULY 18, 2005** |

### MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND FOR A STATUS CONFERENCE

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Russell L. Wininger, Jr., respectfully requests a forty two (42) day extension of time–to and including August 31, 2005 --in which to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.   In support of this motion, Plaintiff states the following:

1. Plaintiff's Opposition and Local Rule 9(c)2 Statement are currently due.

2. Plaintiff was represented by Attorney James Brewer from the time this action was commenced until Attorney Brewer's professional discipline rendered him incapable of continuing that representation.

3. In the wake of Attorney Brewer's disciplinary difficulties, this firm was approached to consider representing some of Attorney Brewer's clients. We agreed to represent Mr. Wininger and filed an appearance accordingly.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory trial version http://www.pdffactory.com

4. Attorney Dickinson is responsible for preparing Plaintiff's opposition papers. In connection with reviewing the materials provided by Attorney's Brewer's office, Attorney Dickinson found the file incomplete. First, the transcripts for the deposition of the Plaintiff and Defendant Churchill are missing. In addition, Attorney Brewer's office either failed to secure or failed to provide documents pertaining to the other Police Officers selected for promotion to Sergeant instead of the Plaintiff. Finally, it appears that Attorney Brewer's office neither prepared nor submitted a damage analysis.

5. Appropriate opposition papers cannot be filed in the absence of these documents.

6. Attorney Dickinson will make arrangements to secure copies of the missing deposition transcripts.

7. Counsel respectfully requests a status conference to discuss the possibility of reopening discovery for the limited purposes of securing documents related to the comparators and/or submitting a damages analysis.

8. Counsel for Defendants, James Sconzo, is no longer with the firm of Halloran & Sage. When the undersigned attempted to determine the status of the file, he was advised by the Halloran & Sage that it was in the process of being transferred to Attorney Claudia Baio, who has not yet filed an appearance. Although the undersigned attempted to reach Attorney Baio last week, he was advised that she was on vacation. No response to that call was made before this motion was filed.

9. This is the Second Motion for Extension of Time filed by Madsen, Prestley and Parenteau, LLC on behalf of the Plaintiff in connection with this matter.

WHEREFORE, Plaintiff respectfully requests a forty two (42) day extension of time—to and including August 31, 2005--in which to file his Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.

Respectfully submitted,
The Plaintiff, Russell L. Wininger, Jr.


By:     _____
        Craig T. Dickinson
        Fed. Bar No.: ct18053
        Madsen, Prestley & Parenteau, LLC
        44 Capitol Avenue
        Second Floor East
        Hartford, CT 06106
        (860) 246-2466
        Attorneys for the Plaintiff

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

## CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing was sent via first class mail on this 18th day of July 2005, to the following counsel of record:

>James Sconzo
>Halloran & Sage, LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT  06103

A courtesy copy was also mailed to:

>Claudia Baio
>Baio & Associates
>15 Elm Street
>Rocky Hill, CT 06067

_____
Craig T. Dickinson