# United States District Court
## District of Connecticut

Russell Winninger, Jr.
*Plaintiff*

v.  Case No. 3:02cv747(WWE)

Kevin Searles
*Defendant*

FILED

2005 AUG -3  P 2: 10

U.S. DISTRICT COURT

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_  All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_  A ruling on all pretrial motions except dispositive motions

\_\_\_  To supervise discovery and resolve discovery disputes

\_\_\_  A ruling on the following motions which are currently pending:
Doc#

**X**  A settlement conference

\_\_\_  A conference to discuss the following:

\_\_\_  Other:


SO ORDERED this __3rd__ day of __August__, __2005__ at Bridgeport, Connecticut.

_____
Warren W. Eginton
Senior United States District Judge