**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIV. ACTION NO. |
|     Plaintiffs, | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
|     Defendants | : | AUGUST 2, 2005 |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Claudia A. Baio, is appearing as counsel of record in the above-captioned matter on behalf of the defendants Kevin Searles and R. Leon Churchill, Jr..

                                      Defendants, Kevin Searles and
                                      R. Leon Churchill, Jr.

                                      BY:_____
                                          Claudia A. Baio
                                          Baio & Associates, P.C.
                                          15 Elm Street
                                          Rocky Hill, CT 06067
                                          Tele:. (860) 571-8880
                                          Fax: (860) 571-8853
                                          Federal Bar No. ct04836
                                          cbaio@baiolaw.com
                                          Their Attorney

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, this 2nd day of August, 2005 to all counsel of record and pro se parties as follows:

Craig T. Dickinson, Esq.
Madser, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Erin I. O'Neil-Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Jonathan Carlisle Sterling, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

　　　　　　　　　　　　　　　　　　　　　　　Claudia A. Baio