**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIV. ACTION NO. |
|     Plaintiffs, | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
|     Defendants | : | AUGUST 2, 2005 |

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, James A. Mongillo, is appearing as counsel of record in the above-captioned matter on behalf of the defendants Kevin Searles and R. Leon Churchill, Jr..

                                              Defendants,  Kevin Searles and
                                              R. Leon Churchill, Jr.

                                              BY:_____
                                                 James A. Mongillo
                                                 Baio & Associates, P.C.
                                                 15 Elm Street
                                                 Rocky Hill, CT 06067
                                                 Tele:. (860) 571-8880
                                                 Fax: (860) 571-8853
                                                 Federal Bar No. ct17514
                                                 jmongillo@baiolaw.com
                                                 Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, this 2nd day of August, 2005 to all counsel of record and pro se parties as follows:

Craig T. Dickinson, Esq.
Madser, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

Erin I. O'Neil-Baker, Esq.
Brewer & O'Neil, LLC
818 Farmington Avenue
West Hartford, CT 06119

Jonathan Carlisle Sterling, Esq.
James M. Sconzo, Esq.
Halloran & Sage, LLP
225 Asylum Street
Hartford, CT 06103

James A. Mongillo