UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL WININGER, | : | CIVIL ACTION NO.: |
| | : | 3:02-CV-747 (WWE) |
| Plaintiff | : | |
| | : | |
| VS. | : | |
| | : | |
| KEVIN SEARLES, ET AL. | : | |
| | : | |
| Defendants | : | AUGUST 15, 2005 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned hereby respectfully requests to withdraw his appearance in the above-captioned case for the reason that the undersigned attorney has left the law firm of Halloran & Sage LLP and no longer represents the defendants. Attorneys Claudia A. Baio and James A. Mongillo of the Baio Law Firm have appeared on behalf of the defendants.

WHEREFORE, the undersigned respectfully requests that this Motion be granted.

THE DEFENDANTS:
KEVIN SEARLES AND R. LEON CHURCHILL

By: _____
Jonathan C. Sterling, Esq.
Federal Bar No.: ct24576
Jorden Burt LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089-9658
Telephone: (860) 392-5022

2

## CERTIFICATE OF SERVICE

      This is to certify that on this 15th day of August, 2005, the foregoing was mailed, postage prepaid, to:

Erin L. O'Neil-Baker, Esq.
Law Office of James S. Brewer
818 Farmington Avenue
West Hartford, CT 06119

Claudia Baio, Esq.
The Baio Law Firm
15 Elm Street
Rocky Hill, CT 06067-2305

James A. Mongillo, Esq.
The Baio Law Firm
15 Elm Street
Rocky Hill, CT 06067-2305

Craig T. Dickinson, Esq.
Madsen, Prestley & Parenteau
44 Capitol Avenue #201
Hartford, CT 06106

                                                                     _____
                                                                     Jonathan C. Sterling, Esq.

145308