**United States District Court**
**District of Connecticut**

Russell L. Wininger, Jr.
*Plaintiff*

v.

Kevin Searles
*Defendant*

Case No. 3:02cv747(WWE)

FILED
2005 SEP 15 A 11: 31
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

**X** To supervise discovery and resolve discovery disputes

\_\_\_\_ A ruling on the following motions which are currently pending:
Doc#

\_\_\_\_ A settlement conference

\_\_\_\_ A conference to discuss the following:

\_\_\_\_ Other:

SO ORDERED this __15th__ day of __September__, __2005__ at Bridgeport, Connecticut.

Warren W. Eginton
Senior United States District Judge