UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RUSSELL L. WINNIGER, JR.       :
                               :
        v.                     :   CIV. NO. 3:02cv747 (WWE)
                               :
KEVIN SEARLES                  :

### REVISED SCHEDULING ORDER

A telephone conference call was held on October 11, 2005, to address the status of the case and modification of the discovery closure date. After discussion, the following schedule was set:

Discovery will be reopened for forty-five (45) days. Discovery will be limited to a request for production of documents relating to comparators. Plaintiff will serve the request for production of documents by Tuesday, October 25, 2005. Defendant will then have fourteen (14) days within which to object to any request made or to seek a protective order for the documents which will be produced.

SO ORDERED at Bridgeport this 12th day of October 2005.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE