**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIV. ACTION NO. |
| Plaintiffs, | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
| Defendants | : | NOVEMBER 2, 2005 |

### MOTION FOR PROTECTIVE ORDER

Pursuant to Federal Rule 26(c) the defendants, Kevin Searles and R. Leon Churchill hereby move for a protective order concerning the Plaintiff's Supplemental Set of Interrogatories and Requests for Production dated October 21st, 2005.  The defendants request a protective order concerning the discovery sought until the Court rules upon the defendant's Objections to the Plaintiff's Supplemental Discovery Request dated November 2nd, 2005 as well as the defendants' Request for an In Camera Review of the personnel files.  The defendants require this protective order in order to avoid potential civil liability and the protect the non-party police officers from annoyance, embarrassment, oppression or burden and invasion of their privacy.

The defendants seek a protective order as to all of the personnel files sought by the plaintiff.  The defendants Searles and Churchill do not possess or own the subject files and as such have no right to produce them.  The records are in the possession of the human

resources department of the Town of Windsor and as such neither of the defendants has ownership or possession of the records.

Further, production of the documents without the permission of the police officers would subject the defendants to civil liability for invasion of privacy.  Further, the plaintiff's requests are far too broad and encompass police officers who have absolutely no connection to the allegations of the plaintiff's complaint.  In addition production of the entire personnel files would include numerous documents which are of a highly sensitive nature (including medical records and/or compensation records) which have no bearing on any of the matters at issues in this case.

Finally, the plaintiff's discovery requests go beyond the limited scope of discovery that the plaintiff was permitted by Magistrate Fitzsimmons.  As such any of the plaintiff's requests which are not within the scope of Magistrate Fitzsimmon's orders are beyond the discovery deadlines and are therefore improper.

The defendants submit this motion accompanied by a certification from the undersigned that good faith efforts to resolve these discovery disputes have been unsuccessful.

          Defendants, Kevin Searles and
          R. Leon Churchill, Jr.

BY:_____
    James A. Mongillo
    Baio & Associates, P.C.
    15 Elm Street
    Rocky Hill, CT 06067
    Tele:. (860) 571-8880
    Fax: (860) 571-8853
    Federal Bar No. ct17514
    jmongillo@baiolaw.com
    Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, this 2nd day of November, 2005 to all counsel of record and pro se parties as follows:

Craig T. Dickinson, Esq.
Madser, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

      _____
      James A. Mongillo

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIV. ACTION NO. |
|     Plaintiffs, | : | 3:02 CV 747 (WWE) |
| | : | |
| vi. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
|     Defendants | : | NOVEMBER 2, 2005 |

**CERTIFICATE OF GOOD FAITH**

The undersigned hereby represents in accordance with F.R.C.P. 26(c) that he has conferred with opposing counsel in a good faith effort to resolve the discovery issues that are the subject of the defendants' Motion for Protective Order but the parties are unable to resolve the dispute without court intervention.

                                                    Defendants,   Kevin Searles and
                                                    R. Leon Churchill, Jr.

                                                    BY:_____
                                                      James A. Mongillo
                                                      Baio & Associates, P.C.
                                                      15 Elm Street
                                                      Rocky Hill, CT 06067
                                                      Tele:. (860) 571-8880
                                                      Fax: (860) 571-8853
                                                      Federal Bar No. ct17514
                                                      E-Mail: jmongillo@baiolaw.com
                                                      Their Attorney