**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIV. ACTION NO. |
|     Plaintiffs, | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
|     Defendants | : | NOVEMBER 2, 2005 |

## DEFENDANTS' REQUEST FOR IN CAMERA REVIEW

Pursuant to Rule 26(c) the defendants request that the Court conduct an in camara review of the personnel files requested by the plaintiff's Supplemental Requests in order to determine the limitations of the requested discovery. The defendants request this review in order to avoid the disclosure of documents of the non party police officers which are highly sensitive in nature and which have absolutely no relevance to the matters at issue in this case. The defendants require this review in order to protect the privacy interests of the police officers.

The defendants will submit the files under seal for examination by the Court in the event that the Court denies the defendants' Motion for Protective Order and overrules the defendants' objections.

        Defendants, Kevin Searles and
        R. Leon Churchill, Jr.

BY:_____
    James A. Mongillo
    Baio & Associates, P.C.
    15 Elm Street
    Rocky Hill, CT 06067
    Tele:. (860) 571-8880
    Fax: (860) 571-8853
    Federal Bar No. ct17514
    jmongillo@baiolaw.com
    Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, this 2nd day of November, 2005 to all counsel of record and pro se parties as follows:

Craig T. Dickinson, Esq.
Madser, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

_____
    James A. Mongillo