FILED

2005 DEC 21 P 12: 10

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR.<br>PLAINTIFFS | : | CIVIL ACTION NO<br>3:02CV747(WWE) |
| v. | : | |
| KEVIN SEARLES, CHIEF OF POLICE,<br>in his official and individual capacity, and<br>R. LEON CHURCHHILL, TOWN MANAGER<br>in his official and individual capacity,<br>DEFENDANTS. | :<br>:<br>:<br>:<br>: | December 20, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), the undersigning respectfully moves to withdraw her appearance on behalf of the plaintiff. The plaintiff continues to be represented by Attorney Craig Dickinson.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

THE PLAINTIFF,
RUSSEL WININGER

BY: _____
Erin I. O'Neil-Baker
41A New London Turnpike
Glastonbury, CT
Federal Bar #ct 23073
Tel.: (860)466-4278
Fax: (860) 466-4279
erin@attorneyeob.com

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on December 20, 2005, to all counsel and pro se parties of record:

**Craig Thomas Dickinson**
Madsen, Prestley & Parenteau, LLC
44 Capitol Ave., 2nd Fl E.
Suite 201
Hartford, CT 06106

**Brian P. Leaming**
U.S. Attorney's Office-HFD
450 Main St. Room 328
Hartford, CT 06103

**Claudia A. Baio**
Baio & Associates
15 Elm St.
Rocky Hill, CT 06067

**James A. Mongillo**
Baio & Associates
15 Elm St.
Rocky Hill, CT 06067

**James M. Sconzo**
Jorden Burt LLP
175 Powder Forest Drive
Simsbury, CT 06089

**Jonathan C. Sterling**
Jorden Burt LLP
175 Powder Forest Drive
Suite 201
Simsbury, Ct 06089

**Kevin R. Brady**
Jackson Lewis LLP
177 Broad Street
P.O. Box 251
Stamford, CT 06904

_____
Erin I. O'Neil-Baker