**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR. | : | CIV. ACTION NO. |
|     Plaintiffs, | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
|     Defendants | : | APRIL 12, 2006 |

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's ruling of September 9th, 2005, the defendants, Kevin Searles and R. Leon Churchill, hereby renew their Motion for Summary Judgment dated February 25th, 2005. In support hereof the defendants fully incorporate the Memorandum of Law dated February 25th, 2005, including the accompanying exhibits. The aforementioned motion was filed by the defendants on February 28th, 2005. The motion was denied without prejudice by the Court in accordance with a scheduling conference on August 8th, 2005 in order to permit the plaintiff's attorney, who was new to the case, to conduct some additional discovery. That discovery has now been completed. The defendants therefore renew their Motion for Summary Judgment and request that the Court enter summary judgment in accordance with the defendants' Motion for Summary Judgment dated February 25th, 2005.

        Defendants,  Kevin Searles and
R. Leon Churchill, Jr.


BY:_____
   James A. Mongillo
   Baio & Associates, P.C.
   15 Elm Street
   Rocky Hill, CT 06067
   Tele:. (860) 571-8880
   Fax: (860) 571-8853
   Federal Bar No. ct17514
   jmongillo@baiolaw.com
   Their Attorney

Case 3:02-cv-00747-WWE     Document 97     Filed 04/13/2006     Page 2 of 3

**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, this 12th day of April, 2006 to all counsel of record and pro se parties as follows:

Craig T. Dickinson, Esq.
Madser, Prestley & Parenteau, LLC
44 Capitol Avenue, Suite 201
Hartford, CT 06106

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　James A. Mongillo