UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RUSSELL L. WININGER, JR., | : | CIV. ACTION NO. |
| PLAINTIFF | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| KEVIN SEARLES AND | : | |
| R. LEON CHURCHILL, JR. | : | |
| DEFENDANTS | : | May 8, 2006 |

### MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Russell L. Wininger, Jr., respectfully requests a thirty (30) day extension of time– to and including June 12, 2006--in which to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.   In support of this motion, Plaintiff states the following:

1. Plaintiff's Opposition and Local Rule 9(c)2 Statement are currently due.

2. Plaintiff was represented by Attorney James Brewer from the time this action was commenced until Attorney Brewer's professional discipline rendered him incapable of continuing that representation.

3. In the wake of Attorney Brewer's disciplinary difficulties, this firm was approached to consider representing some of Attorney Brewer's clients. We agreed to represent Mr. Wininger and filed an appearance accordingly.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

4. Attorney Dickinson is responsible for preparing Plaintiff's opposition papers. In that connection Attorney Dickinson has had to engage in extraordinary steps to secure materials that were not turned over by Mr. Brewer. In addition, Mr. Dickinson had to secure court intervention to secure discovery that was never requested by Mr. Brewer.

5. In view of the additional material received, and the complex legal issues involved, Mr. Dickinson needs additional time to caucus with the Plaintiff and prepare his response.

6. Counsel for Defendants, James Mongillo, does not oppose the granting of this motion.

7. This is the First Motion for Extension of Time filed by Madsen, Prestley and Parenteau, LLC on behalf of the Plaintiff in connection with this matter.

WHEREFORE, Plaintiff respectfully requests a thirty (30) day extension of time—to and including June 12, 2006--in which to file his Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.

Respectfully submitted,
The Plaintiff,
Russell L. Wininger, Jr.

By: _____
Craig T. Dickinson
Fed. Bar No.: ct18053
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466
Attorneys for the Plaintiff

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent via first class mail on this 8th day of May 2006, to the following counsel of record:

James A. Mongillo
Baio & Associates
15 Elm Street
Rocky Hill, CT 06067

                                                    _____
                                                    Craig T. Dickinson

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com