UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RUSSELL L. WININGER, JR.,** | : | CIV. ACTION NO. |
|     **PLAINTIFF** | : | 3:02 CV 747 (WWE) |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN SEARLES AND** | : | |
| **R. LEON CHURCHILL, JR.** | : | |
|     **DEFENDANTS** | : | June 12, 2006 |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Russell L. Wininger, Jr., respectfully requests a thirty (30) day extension of time– to and including July 10, 2006--in which to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.   In support of this motion, Plaintiff states the following:

1. Plaintiff's Opposition and Local Rule 9(c)2 Statement are currently due.

2. Plaintiff was represented by Attorney James Brewer from the time this action was commenced until Attorney Brewer's professional discipline rendered him incapable of continuing that representation.

3. In the wake of Attorney Brewer's disciplinary difficulties, this firm was approached to consider representing some of Attorney Brewer's clients. We agreed to represent Mr. Wininger and filed an appearance accordingly.

    **ORAL ARGUMENT IS NOT REQUESTED**
    **TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

4. Attorney Dickinson is responsible for preparing Plaintiff's opposition papers. Attorney Dickinson was on trial from May 23rd through June 1st, he will be in depositions or in arbitration all this week, he will be in a settlement conference or deposition all next week, and is on trial the following week.

5. In view of the complex legal issues involved, Mr. Dickinson needs additional time to caucus with the Plaintiff and prepare his response.

6. Counsel for Defendants, James Mongillo, does not oppose the granting of this motion.

7. This is the Second Motion for Extension of Time filed by Madsen, Prestley and Parenteau, LLC on behalf of the Plaintiff in connection with this matter.

WHEREFORE, Plaintiff respectfully requests a thirty (day) day extension of time—to and including July 12, 2006--in which to file his Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.

Respectfully submitted,
The Plaintiff,
Russell L. Wininger, Jr.

By: _____
Craig T. Dickinson
Fed. Bar No.: ct18053
Madsen, Prestley & Parenteau, LLC
44 Capitol Avenue
Second Floor East
Hartford, CT 06106
(860) 246-2466
Attorneys for the Plaintiff

## **CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent via first class mail on this 12th day of May 2006, to the following counsel of record:

James A. Mongillo
Baio & Associates
15 Elm Street
Rocky Hill, CT 06067

                                                          _____
                                                          Craig T. Dickinson

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com