UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| **RUSSELL L. WININGER, JR.,** | : | CIV. ACTION NO. |
| PLAINTIFF, | : | 3:02 CV 747 (WWE) |
| | : | |
| v. | : | |
| | : | |
| **KEVIN SEARLES AND** | : | |
| **R. LEON CHURCHILL, JR.,** | : | |
| DEFENDANTS. | : | July 6, 2006 |

**MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Federal Rules of Civil Procedure and Local Rule 9 of this Court, Plaintiff, Russell L. Wininger, Jr., respectfully requests a ten (10) day extension of time–to and including July 21, 2006--in which to file Plaintiff's Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement. In support of this motion, Plaintiff states the following:

1. Plaintiff's Opposition and Local Rule 56(c)(2) Statement are due July 12th.

2. Plaintiff was represented by Attorney James Brewer from the time this action was commenced until Attorney Brewer's professional discipline rendered him incapable of continuing that representation.

3. In the wake of Attorney Brewer's disciplinary difficulties, this firm was approached to consider representing some of Attorney Brewer's clients. We agreed to represent Mr. Wininger and filed an appearance accordingly.

**ORAL ARGUMENT IS NOT REQUESTED
TESTIMONY IS NOT REQUIRED**

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

4. Attorney Dickinson is responsible for preparing Plaintiff's opposition papers. Attorney Dickinson was on trial from May 23rd through June 1st, he was in depositions and in arbitration the week of June 12th, he was in a settlement conference and arbitration the week of June 19th, and took depositions and commenced a trial the week of June 26th. That trial continued through this week and is scheduled to conclude June 13th. In addition, Mr. Dickinson must travel to Cleveland, Ohio, to take depositions on June 10th and 11th.

5. In view of these scheduling conflicts and the complex legal issues presented by Defendants' motion, Mr. Dickinson needs additional time to prepare a suitable response.

6. Attorney Dickinson was unable to contact James Mongillo, Counsel for Defendants, before the filing this motion.

7. This is the Third Motion for Extension of Time filed by Madsen, Prestley and Parenteau, LLC on behalf of the Plaintiff in connection with this matter.

WHEREFORE, Plaintiff respectfully requests a thirty (day) day extension of time—to and including July 21, 2006--in which to file his Opposition to Defendants' Motion for Summary Judgment and Local Rule 56(c) Statement.

> Respectfully submitted,
> The Plaintiff, Russell L. Wininger, Jr.
>
> By: _____
> Craig T. Dickinson
> Fed. Bar No.: ct18053
> Madsen, Prestley & Parenteau, LLC
> 44 Capitol Avenue - Second Floor East
> Hartford, CT 06106
> (860) 246-2466
> Attorneys for the Plaintiff

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com

**CERTIFICATION OF SERVICE**

      This is to certify that a copy of the foregoing was sent via first class mail on this 6th day of July 2006, to the following counsel of record:

James A. Mongillo
Baio & Associates
15 Elm Street
Rocky Hill, CT 06067

                                                                            _____
                                                                            Craig T. Dickinson

PDF created with FinePrint pdfFactory Pro trial version http://www.pdffactory.com