UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

RUSSELL L. WININGER, JR.

     v.                                          3:02cv747 WWE

KEVIN SEARLES and
R. LEON CHURCHILL, JR.

## J U D G M E N T

This matter came on before the Honorable Warren W. Eginton, Senior United States District Judge and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, as a result of defendants' motion for summary judgment.

The Court reviewed all of the papers filed in conjunction with the motion and on August 9, 2006, filed a Recommended Ruling granting defendants' motion as to Counts One and Two of the plaintiff's complaint and instructing the plaintiff to file a stipulation withdrawing the remaining claim for Intentional Infliction of Emotional Distress within twenty days. On September 5, 2006, the recommended ruling was affirmed. No stipulation of withdrawal of the Intentional Infliction of Emotional Distress claim was filed and on September 26, 2006, an order was entered directing the Clerk to close the case.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants on Counts One and Two of the complaint, the remaining claim is dismissed and the case is closed.

Dated at Bridgeport, Connecticut, this 27th day of September, 2006.

                                      KEVIN F. ROWE, Clerk

                                      By     /s/ Chrystine W. Cody
                                                Deputy-in-Charge

Entered on Docket _____